**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re EPR INVESTMENTS, L.C.,                     Case No. 8:24-bk-01969-CPM
                                                 Chapter 11

     Debtor.

_____/

EVAN RUBINSON, derivatively on
behalf of EPR INVESTMENTS, L.C.

     Plaintiff,

v.                                               Adv. Proc. No.

PAMELA KERIS-RUBINSON and
ARMADILLO DISTRIBUTION
ENTERPRISES, INC.,

     Defendants.

_____/

## <u>ADVERSARY COMPLAINT</u>

Plaintiff, Evan Rubinson, derivatively on behalf of EPR Investments, L.C., brings this adversary proceeding against Armadillo Distribution Enterprises, Inc. ("Armadillo") and Pamela Keris-Rubinson. In support, Evan states:

1.    Armadillo owes EPR repayment of an approximately $4 million undocumented loan made to Armadillo by EPR in June 2020. If the June 2020 $4 million payment from EPR to Armadillo is not a loan, the money should, in equity, be repaid to EPR to avoid unjust enrichment.

2.      The Complaint also asserts a claim on behalf of EPR against Ms. Keris-Rubinson for breach of fiduciary duty. While managing and controlling EPR, Ms. Keris-Rubinson was an officer of Armadillo and, as trustee of the Elliott P. Rubinson Trust, she held legal title to Armadillo's stock. Transactions between EPR and Armadillo conducted by Ms. Keris-Rubinson were not arms-length transactions, since Ms. Keris-Rubinson was interested in the transaction. Ms. Keris-Rubinson owed EPR a fiduciary duty to obtain fair value in EPR's transactions with Armadillo. Yet, Ms. Keris-Rubinson permitted Armadillo to lease EPR's property for significantly less than fair market value for more than seven years.

## JURISDICTION AND VENUE

3.      This adversary proceeding is a core proceeding under 28 U.S.C. § 157(b)(2)(I), arising under Title 11 U.S.C. 523 and arising in the above-referenced case under Chapter 11 of the Bankruptcy Code, now pending in this Court.

4.      EPR is the Debtor in this bankruptcy case.

5.      Evan Rubinson ("Evan") is an equity owner of the Debtor, holding a 1% membership interest in EPR. Evan resides in Tampa, Florida.

6.      The other 99% membership interests in EPR were assigned to the Elliott P. Rubinson Revocable Trust on December 1, 2016, via an LLC Assignment executed by the late Elliott Rubinson and Ms. Keris-Rubinson, as trustee. Defendant Ms. Keris-Rubinson was the trustee of the Elliot P. Rubinson Revocable Trust (the

"EPR Trust"), and thus the holder of legal title to the membership interests, until February 2024. Dr. Steven Oscher was appointed by Judge Farfante of the Thirteenth Judicial Circuit, Hillsborough County, Florida, as the successor trustee to the EPR Trust. As the holder of legal title to the membership interests when trustee, Ms. Keris-Rubinson appointed herself as manager of EPR. Ms. Keris-Rubinson presently maintains that she is still manager of EPR despite the fact that she is no longer trustee because she claims that, at some point after the assignment, she took the membership interests from the trust and gave them to herself individually based on her conclusion that the assignment was ineffective.

7.     Defendant Armadillo is a Florida corporation with its principal place of business in Tampa, Florida.

8.     Prior to the filing of this action, Mr. Rubinson made a demand on EPR Investments to assert its claims against Armadillo and Ms. Keris. In lieu of responding to the demand, the Debtor's counsel filed a Disclosure Statement and Proposed Plan of Reorganization, stating that it would not pursue the claims.[1]

9.     This Court has jurisdiction over the parties and the subject matter of this adversary proceeding.

---

[1] *See* Doc. 57 at 30 [Case 8:24-bk-01969-CPM].

3

**FACTS**

10. EPR Investments owns a 111,000 square foot building in Tampa at 4924 Waters Avenue (the "Property").

11. Ms. Keris-Rubinson has exercised control of both Armadillo and EPR for the four years preceding the filing of this Chapter 11 case (the "Underpayment Period").

12. During the Underpayment Period, Armadillo occupied the Property.

13. Armadillo did not sign a written lease during the Underpayment Period.

14. During the Underpayment Period, Armadillo has paid a lease payment that approximates EPR's monthly payment on its mortgage.

15. Ms. Keris-Rubinson did not obtain an opinion on the fair market rent for the Property that would apply during the Underpayment Period.

16. The monthly payments made by Armadillo during the Underpayment Period for its right to possess the Property have all been significantly under fair market value.

17. Had Ms. Keris-Rubinson leased the Property to a tenant in which she does not have an interest during the Underpayment Period, EPR would have earned significantly more money.

18. Ms. Keris-Rubinson's failure to obtain fair market rent in a transaction to which she was interested has caused EPR to lose the difference between fair

market rent and the rent charged to Armadillo, which is believed to be hundreds of thousands of dollars, if not more than a million.

19.     In June of 2020, EPR paid down Armadillo's debt to Valley Bank by more than $4 million. EPR did not acquire anything from Armadillo in the transaction. Nor did it acquire Armadillo's stock. No loan documents were executed by EPR and Armadillo.

20.     Armadillo has not repaid any of the $4 million provided to it by EPR.

**COUNT I: BREACH OF CONTRACT AGAINST ARMADILLO**

21.     Plaintiff incorporates the allegations in paragraphs 1 through 20 above as if set forth herein.

22.     In June 2020, EPR paid approximately $4 million of Armadillo's debt to Valley Bank.

23.     The approximately $4 million payment was a loan. There was an unwritten agreement that Armadillo would repay EPR ("Loan Agreement").

24.     Armadillo breached the Loan Agreement by failing to repay the approximately $4 million in debt EPR incurred for Armadillo's benefit.

25.     EPR has been damaged by Armadillo's failure to repay the loan.

WHEREFORE, Evan on behalf of EPR requests the Court enter judgment in favor of EPR against Armadillo for the full amount owed by Armadillo under the loan plus prejudgment and post judgment interest.

## COUNT II: UNJUST ENRICHMENT AGAINST ARMADILLO

26.     This count is brought in the alternative to the breach of contract claim in Count I, in the event it is determined that no contract was formed.

27.     Plaintiff incorporates the allegations in paragraphs 1 through 20 above as though set forth herein.

28.     EPR conferred a benefit on Armadillo by paying approximately $4 million of its debt.

29.     Armadillo voluntarily accepted this benefit.

30.     Circumstances are such that it would be unjust for Armadillo to retain this benefit without paying EPR the value thereof.

WHEREFORE, Evan on behalf of EPR requests the Court enter judgment in favor of EPR against Armadillo for the full amount paid to Armadillo in June 2020 plus prejudgment and post judgment interest.

## COUNT III: BREACH OF FIDUCIARY DUTY AGAINST MS. KERIS-RUBINSON

31.     Plaintiff incorporates the allegations in paragraphs 1 through 20 above as though set forth herein.

32.     Ms. Keris-Rubinson failed to obtain fair market value in a self-interested transaction in violation of her fiduciary duty, as set forth above.

6

33.     EPR has been damaged in the amount of the difference between fair rental value for the Property and the amount paid by Armadillo during the Underpayment Period.

WHEREFORE, Evan on behalf of EPR requests the Court enter judgment in favor of EPR against Armadillo for the difference between fair rental value for the Property and the amount paid by Armadillo during the Underpayment Period plus prejudgment and post judgment interest.

Dated: July 18, 2024

Respectfully submitted,

/s/ Paul Thanasides
Paul Thanasides
Florida Bar No.: 103039
paul@mcintyrefirm.com
clservice@mcintyrefirm.com
Mary Thanasides
Florida Bar No. 107551
mary@mcintyrefirm.com
complexlit@mcintyrefirm.com
McIntyre Thanasides Bringgold
 Elliott Grimaldi & Guito, P.A.
1228 E. 7th Avenue, Suite 100
Tampa, FL 33605
Telephone: 813.223.0000
Facsimile: 813.225.1221
**Attorneys for Evan Rubinson**